**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 15-2223**

THERESA WASHINGTON,

                    Plaintiff - Appellant,

          v.

RICHARD O'NEAL, Market Manager c/o Walmart; LOREN ROOS; ALEX
BARRON; TERESSA CHAMBERS; JOHN ENGEL; JASON TANNER; DEBORAH
PATRICK, c/o Walmart,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   J. Frederick Motz, Senior District
Judge.  (1:15-cv-00135-JFM)

Submitted:  March 17, 2016          Decided:  March 21, 2016

Before WILKINSON, NIEMEYER, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Theresa Washington, Appellant Pro Se.   Sarah Elizabeth
Henninger, Kevin Michael Kraham, LITTLER MENDELSON PC,
Washington, DC, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Theresa Washington appeals the district court's order denying her motion to appoint counsel, which the court construed as a motion to reopen her civil action. We have reviewed the record and find no reversible error. Accordingly, we grant leave to proceed in forma pauperis and affirm for the reasons stated by the district court. Washington v. O'Neal, No. 1:15-cv-00135-JFM (D. Md. Sept. 11, 2015). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED